# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GUSTAVO CONTRERAS ESTRADA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN NEVEN, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-2664-KJD-CWH<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#14) of Magistrate Judge C.W. Hoffman, Jr. entered March 30, 2019, recommending that Plaintiff's complaint be dismissed without prejudice for failure to respond to the Court's order to update his contact information. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#14) of the United States Magistrate Judge entered March 30, 2019, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#14) entered March 30, 2019, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice.**

Dated this 23rd day of May, 2019.

_____
Kent J. Dawson
United States District Judge